■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE SOTO, Appellant. [663 NYS2d 822] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered November 1, 1994, convicting defendant, after a jury trial, of robbery in the first and second degrees, and sentencing him, as a persistent violent felony offender, to concurrent terms of 12 years to life and 8 years to life, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Questions of credibility

were properly presented to the jury, and we see no reason to disturb its findings (*see, People v Gaimari*, 176 NY 84, 94).

We perceive no abuse of sentencing discretion. Concur— Murphy, P. J., Milonas, Wallach, Rubin and Mazzarelli, JJ.